**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tony Lamont JONES, a/k/a Tony, a/k/a**
**Tony Rome, a/k/a Uncle Moe,**
**Defendant–Appellant.**

No. 00–7249.

United States Court of Appeals,
Fourth Circuit.

Submitted June 5, 2001.

Decided June 20, 2001.

James O. Broccoletti, Zoby & Broccoletti, P.C., Norfolk, VA, for appellant. Helen F. Fahey, United States Attorney, Arenda L. Wright Allen, Assistant United States Attorney, Norfolk, VA, for appellee.

Before NIEMEYER, LUTTIG, and KING, Circuit Judges.

PER CURIAM.

Tony Lamont Jones seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000) and a subsequent motion to alter or amend judgment. We have reviewed the record and the district court's opinion and find no reversible error. Jones' claim, raised for the first time on appeal, that his sentence violates *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is foreclosed by this Court's decision in *United States v. Sanders,* 247 F.3d 139 (4th Cir.2001). Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Jones,* Nos. CR–97–102; CA–99–2024–2 (E.D. Va. filed June 27, entered June 28, 2000, & Aug. 1, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*